1  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
2  MARC E. MAYER (SBN 190969)
   mem@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
5  Facsimile:   (310) 312-3100

6  GREGORY O. OLANIRAN (*pro hac vice pending*)
   LUCY HOLMES PLOVNICK (*pro hac vice pending*)
7  STINSON MORRISON HECKER LLP
   1150 18th Street NW, Suite 800
8  Washington, D.C. 20036-3816
   Telephone:  (202) 785-9100
9  Facsimile:   (202) 785-9163

10 Attorneys for Defendant
   MOTION PICTURE ASSOCIATION OF
11 AMERICA, INC.

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15 WORLDWIDE SUBSIDY GROUP,         CASE NO.
   LLC, a Texas Limited Liability
16 Company, dba INDEPENDENT         CV08-03701 FMC (MANx)
   PRODUCERS GROUP; WORLDWIDE
17 SUBSIDY GROUP, LLC, a California  CERTIFICATION AS TO
   Limited Liability Company, formerly  INTERESTED PARTIES
18 named ARTIST COLLECTIONS
   GROUP, LLC,                      **(Local Rule 7.1-1; Fed. R. Civ. Pro. 7.1)**
19
20          Plaintiffs,
21     v.
22 MOTION PICTURE ASSOCIATION
   OF AMERICA, INC., a New York
23 Corporation doing business in
   California; and DOES 1 through 10,
24 inclusive,
25          Defendants.
26
27
28

Mitchell
Silberberg &
Knupp LLP

336039.1

The undersigned, counsel of record for Motion Picture Association of America, Inc., certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Motion Picture Association of America, Inc. is a New York not-for-profit Corporation, with no parent companies that are publicly traded.

DATED: June 6, 2008

GREGORY O. OLANIRAN
LUCY HOLMES PLOVNICK
STINSON MORRISON HECKER LLP

KARIN G. PAGNANELLI
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: _____
MARC E. MAYER
Attorneys for Defendant
MOTION PICTURE ASSOCIATION
OF AMERICA, INC.