KARIN G. PAGNANELLI (SBN 174763)
MARC E. MAYER (SBN 190969)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: 310-312-2000
Facsimile: 310-312-3100

Locked Proposed Order

FILED
2008 JUN -6  AM 10:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY ____

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWIDE SUBSIDY GROUP, LLC, et al., <br><br> Plaintiff(s) <br><br> V. <br><br> MOTION PICTURE ASSOCIATION OF AMERICA, INC., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> **CV08-03701 FMC (MANx)** <br><br> APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:  Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, LUCY HOLMES PLOVNICK_____, hereby apply to the Court under Local Rule 83-2.8.2
for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant:
MOTION PICTURE ASSOCIATION OF AMERICA, INC.  by whom I have been retained.

My *out-of-state* business information is as follows:
Stinson Morrison Hecker LLP
                                *Firm Name*
1150 18th Street NW, Suite 800
                                *Street Address*

Washington, D.C. 20036-3816                    lholmesplovnick@stinson.com
     *City, State, Zip*                              *E-Mail Address*
202-572-9905                                   202-572-9969
    *Telephone Number*                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Rhode Island Supreme Court | January 31, 2003 |
| Supreme Judicial Court of the Commonwealth of Massachusetts | May 21, 2003 |
| District of Columbia Court of Appeals | August 9, 2004 |
| United States Court of Appeals for the District of Columbia Circuit | November 19, 2004 |
| United States District Court for the District of Columbia | April 3, 2006 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate __Marc E. Mayer__ as local counsel, whose business information is as follows:

__Mitchell Silberberg & Knupp LLP__
*Firm Name*

__11377 W. Olympic Boulevard__
*Street Address*

__Los Angeles, CA 90064-1683__                __mem@msk.com__
*City, State, Zip*                             *E-Mail Address*

__310-312-2000__                               __310-312-3100__
*Telephone Number*                             *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated __June 6, 2008__

Lucy Holmes Plovnick
*Applicant's Name (please print)*

*/s/ Lucy Holmes Plovnick*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated __6/6/08__

Marc E. Mayer
*Designee's Name (please print)*

*/s/ Marc E. Mayer*
*Designee's Signature*

190969