KARIN G. PAGNANELLI (SBN 174470)
MARC E. MAYER (SBN 190969)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: 310-312-2000
Facsimile: 310-312-3100

Locked Proposed Order

ORIGINAL

FILED 2008 JUN -6 AM 10:15 CLERK US DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WORLDWIDE SUBSIDY GROUP, LLC, et al., Plaintiff(s) v. MOTION PICTURE ASSOCIATION OF AMERICA, INC., et al., Defendant(s). | CASE NUMBER **CV08-03701 FMC (MANx)** APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

NOTICE:   Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I,   GREGORY O. OLANIRAN   , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☒ Defendant: MOTION PICTURE ASSOCIATION OF AMERICA, INC.   by whom I have been retained.

My *out-of-state* business information is as follows:
Stinson Morrison Hecker LLP
*Firm Name*

1150 18th Street NW, Suite 800
*Street Address*

Washington, D.C. 2-0036-3816                                    golaniran@stinson.com
*City, State, Zip*                                                                  *E-Mail Address*

202-728-3037                                                                202-572-9970
*Telephone Number*                                                      *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Maryland Court of Appeals | December 13, 1995 |
| US District Court for the District of Maryland | March 29, 1996 |
| District of Columbia Court of Appeals | September 5, 1997 |
| US District Court for the District of Columbia | August 2, 1999 |
| US Court of Appeals for the District of Columbia Circuit | March 12, 2002 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Marc E. Mayer as local counsel, whose business information is as follows:

Mitchell Silberberg & Knupp LLP
*Firm Name*

11377 W. Olympic Boulevard
*Street Address*

Los Angeles, CA 90064-1683                    mem@msk.com
*City, State, Zip*                             *E-Mail Address*

310-312-2000                                   310-312-3100
*Telephone Number*                             *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated June 6, 2008                             Gregory O. Olaniran
                                               *Applicant's Name (please print)*

                                               *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated 6/6/08                                   Marc E. Mayer
                                               *Designee's Name (please print)*

                                               *Designee's Signature*

                                               190969

PAID JUN - 6 2008 CLERK, U.S. DISTRICT COURT 4612

---

G-64 (01/08)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE          PAGE 2 of 2
DB04/762224.0063/458550.1

American LegalNet, Inc.
www.FormsWorkflow.com