KARIN G. PAGNANELLI (SBN 174763)
kgp@msk.com
MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

GREGORY O. OLANIRAN (*pro hac vice pending*)
LUCY HOLMES PLOVNICK (*pro hac vice pending*)
STINSON MORRISON HECKER LLP
1150 18th Street NW, Suite 800
Washington, D.C. 20036-3816
Telephone:  (202) 785-9100
Facsimile:  (202) 785-9163

Attorneys for Defendant
MOTION PICTURE ASSOCIATION OF
AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company, dba INDEPENDENT PRODUCERS GROUP; WORLDWIDE SUBSIDY GROUP, LLC, a California Limited Liability Company, formerly named ARTIST COLLECTIONS GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOTION PICTURE ASSOCIATION OF AMERICA, INC., a New York Corporation doing business in California; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>CV08-03701 FMC (MANx)<br><br>**PROOF OF SERVICE** |

FILED
2008 JUN -6 AM 10:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

Mitchell
Silberberg &
Knupp LLP

859680.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On June 6, 2008, I served copies of the following documents described as:

**NOTICE OF REMOVAL OF ACTION**

**CIVIL COVER SHEET**

**CERTIFICATION OF INTERESTED PARTIES**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

Brian D. Boydston
PICK & BOYDSTON, LLP
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017

*Attorneys for Plaintiffs*

☒ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by First Legal Support Services of the documents listed above to the person(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 6, 2008, at Los Angeles, California.

Sunni Donmoyer

Mitchell Silberberg & Knupp LLP
1859680.1