Karin Pagnanelli (SBN 170763)
Marc E. Mayer (SBN 190969)
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Worldwide Subsidy Group, LLC, dba Independent Producers Group; Worldwide Subsidy Group, LLC` <br> Plaintiff(s) <br> v. <br> Motion Picture Association of America, Inc. <br> Defendant(s). | CASE NUMBER <br> CV08-03701 FMC (MANx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Lucy Holmes Plovnick</u>
<i>Applicant's Name</i>

of <u>Stinson Morrison Hecker LLP, 1150 18th Street NW, Suite 800, Washington D.C. 20036-3816</u>
<i>Firm Name /Address</i>

<u>(202) 572-9905</u>       <u>lholmesplovnick@stinson.com</u>
<i>Telephone Number</i>     <i>E-mail Address</i>

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant

<u>Motion Picture Association of America, Inc.</u>

and the designation of <u>Marc E. Mayer   (190969)</u>
<i>Local Counsel Designee /State Bar Number</i>

of <u>Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683</u>
<i>Local Counsel Firm / Address</i>

<u>(310) 312-2000</u>     <u>mem@msk.com</u>
<i>Telephone Number</i>     <i>E-mail Address</i>

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated   JUN 1 0 2008

*signature: Florence-Marie Cooper*

**FLORENCE-MARIE COOPER**

U. S. District Judge/U.S. Magistrate Judge

*[LODGED stamp: 2008 JUN -6 AM, CLERK U.S. DISTRICT COURT, CENTRAL DIST. OF CAL., LOS ANGELES]*

---

G-64 ORDER (01/08)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.FormsWorkflow.com