Karin Pagnanelli (SBN 170763)
Marc E. Mayer (SBN 190969)
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Worldwide Subsidy Group, LLC, dba Independent Producers Group; Worldwide Subsidy Group, LLC`<br>Plaintiff(s)<br>v.<br>Motion Picture Association of America, Inc.<br>Defendant(s). | CASE NUMBER<br>CV08-03701 FMC (MANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Gregory O. Olaniran,</u>
*Applicant's Name*

of <u>Stinson Morrison Hecker LLP, 1150 18th Street NW, Suite 800, Washington D.C. 20036-3816</u>
*Firm Name /Address*

<u>(202) 728-3037</u>                                    <u>golaniran@stinson.com</u>
*Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant

<u>Motion Picture Association of America, Inc.</u>

and the designation of <u>Marc E. Mayer     (190969)</u>
*Local Counsel Designee /State Bar Number*

of <u>Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683</u>
*Local Counsel Firm / Address*

<u>(310) 312-2000</u>                                    <u>mem@msk.com</u>
*Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _JUN 10 2008_                     _/s/ Florence-Marie Cooper_
                                         U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.FormsWorkflow.com