1  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
2  MARC E. MAYER (SBN 190969)
   mem@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
5  Facsimile:   (310) 312-3100

6  GREGORY O. OLANIRAN (*pro hac vice*)
   LUCY HOLMES PLOVNICK (*pro hac vice*)
7  STINSON MORRISON HECKER LLP
   1150 18th Street NW, Suite 800
8  Washington, D.C. 20036-3816
   Telephone:  (202) 785-9100
9  Facsimile:   (202) 785-9163

10 Attorneys for Defendant
   MOTION PICTURE ASSOCIATION OF
11 AMERICA, INC.

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company, dba INDEPENDENT PRODUCERS GROUP; WORLDWIDE SUBSIDY GROUP, LLC, a California Limited Liability Company, formerly named ARTIST COLLECTIONS GROUP, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>MOTION PICTURE ASSOCIATION OF AMERICA, INC., a New York Corporation doing business in California; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.  CV08-3701 FMC (MANx)<br><br>The Honorable Florence-Marie Cooper<br><br>**NOTICE OF COMPLIANCE** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that on June 6, 2008, Defendant Motion Picture Association of America, Inc. filed with the Superior Court of the State of California, Los Angeles County, a Notice to Adverse Party and Superior Court of Removal to Federal Court of the above-entitled action, in compliance with 28 U.S.C. section 1446(d).

A copy of the Notice to Adverse Party and Superior Court of Removal to Federal Court is attached as Exhibit 1 (without exhibits).

DATED: June 11, 2008
        GREGORY O. OLANIRAN
        LUCY HOLMES PLOVNICK
        STINSON MORRISON HECKER LLP

        KARIN G. PAGNANELLI
        MARC E. MAYER
        MITCHELL SILBERBERG & KNUPP LLP

        By: _____/s/ Karin G. Pagnanelli_____
           KARIN G. PAGNANELLI
           Attorneys for Defendant
           MOTION PICTURE ASSOCIATION
           OF AMERICA, INC.

# EXHIBIT 1

| | |
|---|---|
| 1 | MITCHELL SILBERBERG & KNUPP LLP |
| | KARIN G. PAGNANELLI (SBN 174763) |
| 2 | MARC E. MAYER (SBN 190969) |
| | 11377 West Olympic Boulevard |
| 3 | Los Angeles, California 90064-1683 |
| | Telephone:   (310) 312-2000 |
| 4 | Facsimile:    (310) 312-3100 |
| 5 | GREGORY O. OLANIRAN |
| | LUCY HOLMES PLOVNICK |
| 6 | STINSON MORRISON HECKER LLP |
| | 1150 18th Street NW, Suite 800 |
| 7 | Washington, D.C. 20036-3816 |
| | Telephone:   (202) 785-9100 |
| 8 | Facsimile:    (202) 785-9163 |
| 9 | Attorneys for Defendant |
| | MOTION PICTURE ASSOCIATION OF |
| 10 | AMERICA, INC. |

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUN 0 6 2008

John A. Clarke, Executive Officer/Clerk
By _____ Deputy
     Jalen Taylor

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| 15 | WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company, dba INDEPENDENT PRODUCERS GROUP; WORLDWIDE SUBSIDY GROUP, LLC, a California Limited Liability Company, formerly named ARTIST COLLECTIONS GROUP, LLC, | CASE NO. BC 389895 |
| | | The Honorable William F. Fahey |
| | | **NOTICE TO ADVERSE PARTY AND SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** |
| 19 | Plaintiffs, | File Date:   April 29, 2008 |
| 20 | v. | |
| 21 | MOTION PICTURE ASSOCIATION OF AMERICA, INC., a New York Corporation doing business in California; and DOES 1 through 10, inclusive, | |
| | Defendants. | |

Exhibit A
Page 2

Mitchell
Silberberg &
Knupp LLP
1858714.1

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, AND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Central District of California on June 6, 2008, under Federal Case No. CV08-03701 FMC (MANx).

A true and correct copy of the said Notice of Removal is attached to this Notice as Exhibit 1 (without exhibits), and is served herewith.

The removal of this action terminates all proceedings in the Superior Court of the State of California for the County of Los Angeles pursuant to 28 U.S.C. section 1446(d).

DATED: June 6, 2008

STINSON MORRISON HECKER LLP
GREGORY O. OLANIRAN
LUCY HOLMES PLOVNICK

MITCHELL SILBERBERG & KNUPP LLP
KARIN G. PAGNANELLI
MARC E. MAYER

By: *[signature]*
Karin G. Pagnanelli
Attorney for Defendant
MOTION PICTURE ASSOCIATION OF AMERICA, INC.

Exhibit A
Page 3

Mitchell Silberberg & Knupp LLP
858714.1

NOTICE TO ADVERSE PARTY AND SUPERIOR COURT OF REMOVAL TO FEDERAL COURT