1  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
2  MARC E. MAYER (SBN 190969)
   mem@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
5  Facsimile:   (310) 312-3100

6  GREGORY O. OLANIRAN (*pro hac vice*)
   LUCY HOLMES PLOVNICK (*pro hac vice*)
7  STINSON MORRISON HECKER LLP
   1150 18th Street NW, Suite 800
8  Washington, D.C. 20036-3816
   Telephone:  (202) 785-9100
9  Facsimile:   (202) 785-9163

10 Attorneys for Defendant
   MOTION PICTURE ASSOCIATION OF
11 AMERICA, INC.

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14

15 | WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company, dba INDEPENDENT PRODUCERS GROUP; WORLDWIDE SUBSIDY GROUP, LLC, a California Limited Liability Company, formerly named ARTIST COLLECTIONS GROUP, LLC, | CASE NO.  CV08-3701 FMC (MANx)
16 | | The Honorable Florence-Marie Cooper
17 | | **STIPULATION FOR ADDITIONAL TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
18 | |
19 |               Plaintiffs, |
20 |     v. |
21 | |
22 | MOTION PICTURE ASSOCIATION OF AMERICA, INC., a New York Corporation doing business in California; and DOES 1 through 10, inclusive, |
23 | |
24 |               Defendants. |
25

26
27
28

Mitchell
Silberberg &
Knupp LLP
1886291.1

1   TO THE DISTRICT COURT AND ALL PARTIES AND THEIR
2   ATTORNEYS OF RECORD:

4   This Stipulation is entered into between and among Plaintiffs, through their
5   counsel of record, and Defendant MPAA, through its counsel of record
6   (collectively, the "Parties"), and is based on the following facts:

8   1.   Plaintiffs Worldwide Subsidy Group, LLC, dba Independent
9   Producers Group, and Worldwide Subsidy Group, LLC, (formerly named Artist
10  Collections Group, LLC) (hereinafter collectively referred to as "IPG"), filed an
11  Amended Complaint on June 26, 2008. Defendant Motion Picture Association of
12  America, Inc. ("MPAA")'s response is due on or before July 9, 2008.

14  2.   The MPAA previously filed a Motion to Dismiss the Complaint. That
15  Motion to Dismiss is completely briefed (the MPAA's reply brief was filed July 7,
16  2008) and the Motion to Dismiss currently is set for hearing on July 14, 2008. The
17  same issues raised in the Motion to Dismiss the Complaint apply to the Amended
18  Complaint. IPG filed its Amended Complaint at the same time it filed its
19  opposition to the Motion to Dismiss the Complaint.

21  3.   The Parties agree that it would be inefficient use of the Court's and
22  parties' resources to brief and address a second Motion to Dismiss, addressing
23  issues already presented in the currently pending Motion to Dismiss, when the
24  Court's ruling on the currently pending Motion to Dismiss will likely affect (and
25  may moot) MPAA's response to IPG's Amended Complaint.
26  //
27  //
28  //

Mitchell
Silberberg &
Knupp LLP

1886291.1

1

1  Therefore, the parties stipulate that Defendant MPAA's response to IPG's
2  Amended Complaint, if required, shall be due 14 days after the Court rules on
3  MPAA's pending Motion to Dismiss.
4
5  DATED: July 2, 2008                    GREGORY O. OLANIRAN
                                          LUCY HOLMES PLOVNICK
6                                         STINSON MORRISON HECKER LLP
7
                                          KARIN G. PAGNANELLI
8                                         MARC E. MAYER
                                          MITCHELL SILBERBERG & KNUPP LLP
9
10                                        By: /s/ Marc E. Mayer
11                                        MARC E. MAYER
                                          Attorneys for Defendant
12                                        MOTION PICTURE ASSOCIATION
                                          OF AMERICA, INC.
13
14 DATED: July 2, 2008                    BRIAN D. BOYDSTON
                                          PICK & BOYDSTON, LLP
15
16                                        By: /s/ Brian D. Boydston
17                                        BRIAN D. BOYDSTON
                                          Attorneys for Plaintiffs
18                                        WORLDWIDE SUBSIDY GROUP,
                                          LLC, dba INDEPENDENT
19                                        PRODUCERS GROUP, and
                                          WORLDWIDE SUBSIDY GROUP,
20                                        LLC, formerly named ARTIST
                                          COLLECTIONS GROUP
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10

11 | WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company, dba INDEPENDENT PRODUCERS GROUP; WORLDWIDE SUBSIDY GROUP, LLC, a California Limited Liability Company, formerly named ARTIST COLLECTIONS GROUP, LLC, | CASE NO.  CV08-3701 FMC (MANx)
12 | | The Honorable Florence-Marie Cooper
13 | |
14 | | **[PROPOSED] ORDER GRANTING DEFENDANT MOTION PICTURE ASSOCIATION OF AMERICA, INC. ADDITIONAL TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
15 | Plaintiffs, |
16 | v. |
17 | | CTRM.:  750
18 | MOTION PICTURE ASSOCIATION OF AMERICA, INC., a New York Corporation doing business in California; and DOES 1 through 10, inclusive, |
19 | |
20 | Defendants. |
21
22
23
24
25
26
27
28

1886654.1

1 **ORDER**

3    The Court, having reviewed the Stipulation for Additional Time to Respond to First Amended Complaint, and good cause appearing, grants Defendant Motion Picture Association of America, Inc. additional time to respond to Plaintiffs' Amended Complaint. The response, if required, shall be filed no later than 14 days after this Court rules on Defendant Motion Picture Association of America, Inc.'s pending Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Florence-Marie Cooper
United States District Judge

1886654.1

1