# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-03701-FMC-MANx | Date | July 9, 2008 |
|---|---|---|---|

| Title | Worldwide Subsidy Group, LLC v. Motion Picture Association of America, Inc. et al |
|---|---|

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER VACATING AND RESETTING MOTION HEARING DATE
(In Chambers)

On June 13, 2008, Defendant Motion Picture Association of America filed Motions to Dismiss (docket no. 10) and Transfer (docket no. 12), and noticed the motions for hearing on July 14, 2008. Under Judge Cooper's Rule 3(b), available on the Court's website under "Judges' Procedures and Schedules," opposition briefs are due 21 days before the hearing date, and replies are due 14 days before the hearing date. Both the Defendant and Plaintiffs have failed to timely file their briefs, and did not seek leave of the Court for their late filings. Accordingly, the July 14, 2008 hearing date is VACATED. The hearing is reset for **August 18, 2008 at 10:00 a.m.** In the future, the Court will reject late-filed documents.

|   | : | N/A |
|---|---|---|
|   | Initials of Preparer | AM |