1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company, dba INDEPENDENT PRODUCERS GROUP; WORLDWIDE SUBSIDY GROUP, LLC, a California Limited Liability Company, formerly named ARTIST COLLECTIONS GROUP, LLC,

   Plaintiffs,

   v.

   MOTION PICTURE ASSOCIATION OF AMERICA, INC., a New York Corporation doing business in California; and DOES 1 through 10, inclusive,

   Defendants.

CASE NO. 2:08-cv-03701-FMC-MANx

The Honorable Florence-Marie Cooper

**ORDER GRANTING DEFENDANT MOTION PICTURE ASSOCIATION OF AMERICA, INC. ADDITIONAL TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

CTRM.:   750

1886654.1

# ORDER

The Court, having reviewed the Stipulation for Additional Time to Respond to First Amended Complaint, and good cause appearing, grants Defendant Motion Picture Association of America, Inc. additional time to respond to Plaintiffs' Amended Complaint. The response, if required, shall be filed no later than 14 days after this Court rules on Defendant Motion Picture Association of America, Inc.'s pending Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: 7-8-08

_____
The Honorable Florence-Marie Cooper
United States District Judge

1886654.1

1