# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–03701–FMC–MAN

| | |
|---|---|
| Worldwide Subsidy Group, LLC v. Motion Picture Association of America, Inc. et al | Date Filed: 06/06/2008 |
| Assigned to: Judge Florence–Marie Cooper | Date Terminated: 08/19/2008 |
| Referred to: Magistrate Judge Margaret A. Nagle | Jury Demand: Plaintiff |
| Case in other court:     Los Angeles Superior Court, BC 389895 | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |

Cause: 28:1441 Notice of Removal –– Other Contract

**Plaintiff**

**Worldwide Subsidy Group, LLC**
*a Texas Limited Liability Company*
*doing business as*
Independent Producers Group
*TERMINATED: 06/26/2008*
*doing business as*
Independent Producers Group, Worldwide Subsidy Group, LLC a California Limited Liability Company
*formerly known as*
Artist Collections Group LLC

represented by  **Brian D Boydston**
Pick &Boydston LLP
1000 Wilshire Blvd Suite 600
Los Angeles, CA 90017
213–624–1996
Fax: 213–624–9073
Email: bdb@pickboydston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Worldwide Subsidy Group, LLC**
*a California Limited Liability Company*
*TERMINATED: 06/26/2008*
*formerly known as*
Artist Collections Group, LLC
*TERMINATED: 06/26/2008*

represented by  **Brian D Boydston**
Pick &Boydston
1000 Wilshire Blvd Suite 600
Los Angeles, CA 90017
213–624–1996
Fax: 213–624–9073
Email: bdb@pickboydston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Motion Picture Association of America, Inc.**
*a New York Corporation doing business in California*

represented by  **Gregory O Olaniran**
Stinson Morrison Hecker LLP
1150 18th Street NW Suite 800
Washington, DC 20036–3816
202–785–9100
Fax: 202–785–9163
Email: golaniran@stinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karin G Pagnanelli**
Mitchell Silberberg and Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064–1683
310–312–2000
Fax: 310–312–3100
Email: kgp@msk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucy Holmes Plovnick**
Stinson Morrison Hecker LLP
1150 18th Street NW Suite 800
Washington, DC 20036–3816
202–785–9100
Fax: 202–785–9163
Email: lholmesplovnick@stinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Ellis Mayer**
Mitchell Silberberg & Knupp
11377 West Olympic Blvd
Los Angeles, CA 90064–1683
310–312–2000
Fax: 310–312–3100
Email: mem@msk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1 through 10, inclsuive*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2008 | Ï 1 | NOTICE OF REMOVAL from Los Angeles Superior Court, case number BC 389895 with Conformed copy of summons and complaint. Case assigned to Judge Florence–Marie Cooper, Discovery to Magistrate Judge Margaret A Nagle. (Filing fee $ 350 PAID), filed by Defendant Motion Picture Association of America, Inc..(car) Modified on 6/10/2008 (car). (Additional attachment(s) added on 6/11/2008: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (ds). (Additional attachment(s) added on 6/11/2008: # 4 Notice of Assignment &Civil Cover Sheet) (ds). (Entered: 06/10/2008) |
| 06/06/2008 | Ï 2 | CERTIFICATION of Interested Parties filed by Defendant Motion Picture Association of America, Inc., (car) Modified on 6/10/2008 (car). (ds). (Entered: 06/10/2008) |
| 06/06/2008 | Ï 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(car) (Entered: 06/10/2008) |
| 06/06/2008 | Ï 4 | |

| | | |
|---|---|---|
| | | APPLICATION OF NON–RESIDENT ATTORNEY Lucy Holmes Plovnick for Leave to Appear Pro Hac Vice. FEE PAID filed by Defendant Motion Picture Association of America, Inc.. Lodged Proposed order. (car) Modified on 6/10/2008 (car). (Entered: 06/10/2008) |
| 06/06/2008 | Ï 5 | APPLICATION OF NON–RESIDENT ATTORNEY Gregory O Olaniran for Leave to Appear Pro Hac Vice. FEE PAID filed by Defendant Motion Picture Association of America, Inc.. Lodged Proposed Order. (car) Modified on 6/10/2008 (car). (Entered: 06/10/2008) |
| 06/06/2008 | Ï 6 | PROOF OF SERVICE filed by Defendant Motion Picture Association of America, Inc., re Notice of Removal 1 , Certificate/Notice of Interested Parties 2 served on 6/6/08. (car) (ds). (Entered: 06/10/2008) |
| 06/10/2008 | Ï 7 | ORDER by Judge Florence–Marie Cooper Granting APPLICATION OF NON–RESIDENT ATTORNEY Lucy Holmes Plovnick for Leave to Appear Pro Hac Vice. FEE PAID. 4 on behalf of Defendant Motion Picture Association of America, Inc. Marc E. Mayer is designated as local counsel. (sch) (Entered: 06/11/2008) |
| 06/10/2008 | Ï 8 | ORDER by Judge Florence–Marie Cooper Granting APPLICATION OF NON–RESIDENT ATTORNEY Gregory O Olaniran for Leave to Appear Pro Hac Vice. FEE PAID. 5 on behalf of Defendant Motion Picture Association of America, Inc. Marc E. Mayer is designated as local counsel. (sch) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 9 | NOTICE of Compliance filed by defendant Motion Picture Association of America, Inc.. (Attachments: # 1 Exhibit 1)(Pagnanelli, Karin) (Entered: 06/11/2008) |
| 06/13/2008 | Ï 10 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendant Motion Picture Association of America, Inc.. Motion set for hearing on 7/14/2008 at 10:00 AM before Judge Florence–Marie Cooper. (Attachments: # 1 Declaration Gregory O. Olaniran, # 2 Proposed Order Granting Motion to Dismiss)(Mayer, Marc) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 11 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Case 10 filed by defendant Motion Picture Association of America, Inc.. (Attachments: # 1 Exhibit A–M i/s RJN, # 2 Exhibit N–S i/s RJN)(Mayer, Marc) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 12 | NOTICE OF MOTION AND MOTION to Transfer Case to District of Columbia filed by defendant Motion Picture Association of America, Inc.. Motion set for hearing on 7/14/2008 at 10:00 AM before Judge Florence–Marie Cooper. (Attachments: # 1 Declaration Michael E. Tucci, # 2 Declaration Gregory O. Olaniran, # 3 Declaration Marsha E. Kessler, # 4 Proposed Order to Transfer)(Mayer, Marc) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 13 | REQUEST FOR JUDICIAL NOTICE re MOTION to Transfer Case to District of Columbia 12 filed by defendant Motion Picture Association of America, Inc.. (Attachments: # 1 Exhibit A–M i/s RJN, # 2 Exhibit N–S i/s RJN)(Mayer, Marc) (Entered: 06/13/2008) |
| 06/26/2008 | Ï 18 | FIRST AMENDED COMPLAINT against Defendant Motion Picture Association of America, Inc. and DOES 1 through 10, inclusive; amending Notice of Removal 1 . Filed by Plaintiff Worldwide Subsidy Group, LLC (a Texas Limited Liability Company) (mg) (Entered: 07/03/2008) |

| | | |
|---|---|---|
| 06/30/2008 | Ï 14 | MEMORANDUM in Opposition to MOTION to Transfer Case to District of Columbia 12 filed by Plaintiff Worldwide Subsidy Group, LLC. (Attachments: # 1 Declaration Declaration of Brian D. Boydston, # 2 Exhibit Exhibits A – C)(Syverson, Erik) (Entered: 06/30/2008) |
| 06/30/2008 | Ï 15 | OPPOSITION to MOTION to Dismiss Case 10 filed by Plaintiff Worldwide Subsidy Group, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Syverson, Erik) (Entered: 06/30/2008) |
| 06/30/2008 | Ï 16 | FIRST AMENDED COMPLAINT against DEFENDANTS all defendants amending Notice of Removal,, 1 ; JURY DEMAND,filed by plaintiff Worldwide Subsidy Group, LLC(a Texas Limited Liability Company) (Syverson, Erik) (Entered: 06/30/2008) |
| 06/30/2008 | Ï 17 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Initiating documents are to be manually filed. See GO 08−02 regarding electronically filing initiating documents, such as Amended Complaints. RE: Amended Complaint 16 . In response to this notice the court may order: (1) an amended or corrected document to be filed; (2) the document stricken; or (3) take other action as the court deems appropriate. (mg) (Entered: 07/01/2008) |
| 07/07/2008 | Ï 19 | REPLY in support MOTION to Dismiss Case 10 filed by Defendant Motion Picture Association of America, Inc.. (Pagnanelli, Karin) (Entered: 07/07/2008) |
| 07/07/2008 | Ï 20 | REQUEST FOR JUDICIAL NOTICE *in support of Reply in Support of Motion to Dismiss* filed by defendant Motion Picture Association of America, Inc.. (Pagnanelli, Karin) (Entered: 07/07/2008) |
| 07/07/2008 | Ï 21 | REPLY in support MOTION to Transfer Case to District of Columbia 12 filed by Defendant Motion Picture Association of America, Inc.. (Attachments: # 1 Declaration Lucy Holmes Plovnick)(Pagnanelli, Karin) (Entered: 07/07/2008) |
| 07/07/2008 | Ï 22 | STIPULATION for Leave to for Additional Time to Respond to First Amended Complaint filed by defendant Motion Picture Association of America, Inc.. (Attachments: # 1 Proposed Order Granting Def. MPAA Additional Time to Respond to First Amended Complaint)(Pagnanelli, Karin) (Entered: 07/07/2008) |
| 07/09/2008 | Ï 23 | MINUTES OF IN CHAMBERS ORDER VACATING AND RESETTING MOTION HEARING DATE by Judge Florence−Marie Cooper: re MOTION to Transfer Case to District of Columbia 12 and MOTION to Dismiss 10 . Motion hearing reset on 8/18/2008 at 10:00 AM before Judge Florence−Marie Cooper. (ama) (Entered: 07/09/2008) |
| 07/10/2008 | Ï 24 | ORDER GRANTING DEFENDANT MOTION PICTURE ASSOCIATION OF AMERICA, INC. ADDITIONAL TIME TO RESPOND TO FIRST AMENDED COMPLAINT by Judge Florence−Marie Cooper, re Stipulation for Leave, 22 . (ama) (Entered: 07/10/2008) |
| 08/19/2008 | Ï 25 | ORDER by Judge Florence−Marie Cooper Granting Defendant's Motion to Transfer (doc #12) and Denying as Moot Defendant's Motion to Dismiss (doc #10). Case transferred to District of Columbia. (Made JS−6. Case Terminated.) (Attachments: # 1 Letter CV−22) (mg) (Entered: 08/19/2008) |