A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Worldwide Subsidy Group, LLC, et al.

           Plaintiff(s)  )  **APPEARANCE**

           vs.  )  CASE NUMBER   08-1470 PLF

Motion Picture Association of America, Inc., et al.

           Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Gregory O. Olaniran   as counsel in this
                                   (Attorney's Name)

case for:   Motion Picture Association of America, Inc.
                (Name of party or parties)

September 2, 2008
Date

/s/ Gregory O. Olaniran /BNP
Signature

Gregory O. Olaniran
Print Name

D.C. Bar No. 455784
BAR IDENTIFICATION

Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Address

Washington,  D.C.     20036
City           State      Zip Code

(202) 785-9100
Phone Number

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b) and Local Civil Rules 5.4(d)(1) and (2), I hereby certify that on this 2nd day of September, 2008, a true and correct copy of the foregoing Entry of Appearance of Gregory O. Olaniran was mailed to the following via U.S. Mail:

Brian D. Boydston
Pick & Boydston
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017

Dated:  September 2, 2008

_Lucy Holmes Plovnick_
Lucy Holmes Plovnick