A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Worldwide Subsidy Group, LLC, et al.

       Plaintiff(s)     )   **APPEARANCE**

       vs.     )   CASE NUMBER   08-1470 PLF

Motion Picture Association of America, Inc., et al.
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Lucy Holmes Plovnick** as counsel in this
(Attorney's Name)

case for: **Motion Picture Association of America, Inc.**
(Name of party or parties)

September 2, 2008
Date

*Lucy Holmes Plovnick*
Signature

Lucy Holmes Plovnick
Print Name

D.C. Bar No. 488752
BAR IDENTIFICATION

Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Address

Washington,   D.C.     20036
City    State    Zip Code

(202) 785-9100
Phone Number

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b) and Local Civil Rules 5.4(d)(1) and (2), I hereby certify that on this 2nd day of September, 2008, a true and correct copy of the foregoing Entry of Appearance of Lucy Holmes Plovnick was mailed to the following via U.S. Mail:

Brian D. Boydston
Pick & Boydston
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017

Dated:  September 2, 2008

*Lucy Holmes Plovnick*
Lucy Holmes Plovnick